# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES | * | |
| :--- | :---: | :--- |
| v. | * | CRIM. NO. 20-855 |
| Roberto Remak | * | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

**[X]** That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

**[ ]** That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Accordingly, the proceeding(s) held on this date may be conducted by:

**[X]** Video Teleconferencing

**[ ]** Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

**[ ]** The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

**[ ]** Other:

Date: May 25, 2021

_/s/ Susan D. Wigenton_
Hon. Susan D. Wigenton
United States District Judge