PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Roberto Remak     Cr.: 20-00855-001
PACTS #: 7198723

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/25/2021

Original Offense:    Count One: Possession of a Firearm by Convicted Felon, in violation of 18 U.S.C § 922(g)(1), a Class C Felony

Original Sentence: 18 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing and Treatment, Mental Health Treatment, Forfeiture

Type of Supervision: Supervised Release     Date Supervision Commenced: 10/07/2021

## STATUS UPDATE

The purpose of this correspondence is to provide the court with an update regarding Mr. Roberto Remak's status on supervision. Mr. Remak commenced a term of supervised release on October 7, 2021. According to the New Jersey Department of Corrections (NJDOC), he owes a 42-month imprisonment sentence on a state conviction for 1 count of Weapons/Unlawful Possession of Handguns, in violation of New Jersey Statute (NJS) 2C:39-5B(2), that occurred on September 29, 2019. After satisfying his federal sentence, Remak was released from custody instead of being transferred to state custody. Due to this outstanding commitment, a warrant was issued for his arrest by the NJDOC.

On January 26, 2023, members of the East Orange Police Department conducted a motor vehicle stop and it was determined that Mr. Remak was in violation of New Jersey Motor Vehicle and Traffic Violations Title 39:4-56 (Delaying Traffic) and Title 39: 4-135 (Parking on Side of One-Way Traffic) and he was issued a summons. However, due to the above-mentioned warrant, he was also taken into custody and is currently detained at the Garden State Youth Correctional Facility. Mr. Remak's scheduled max release date from NJDOC is March 22, 2025.

We are respectfully requesting no further action since the state conviction for Weapons/Unlawful Possession of Handguns predates his term of supervised release. Upon release from state custody, he will be required to complete the remainder of his supervised release term.

Prob 12A – page 2
Roberto Remak

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kashif Simmons*

By: KASHIF M. SIMMONS
U.S. Probation Officer

/ kms

APPROVED:

*Carrie H. Borona*                02/02/2023
CARRIE H. BORONA               Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

February 3, 2023
Date